

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00219-CV |
| GILBERT MARTINEZ and ALFREDO GARCES, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

# J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Sergio Enriquez, Judge of the 448th Judicial District Court of El Paso, Texas and conclude that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 29TH DAY OF JULY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox, and Soto, JJ.